389 A.2d 168

Commonwealth v. Graham, Appellant.

 Submitted September 12, 1977. George B. Ditter, Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.